Aric W. HALL, Plaintiff–Appellant

v.

William CROWE, Defendant–Appellee.

No. 07–41268

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 5, 2008.

Aric W. Hall, Bullard, TX, pro se.

Leigh Campbell Porter, Wilson, Sheehy, Knowles, Robertson & Cornelius, Tyler, TX, for Defendant–Appellee.

Before HIGGINBOTHAM, DAVIS, and GARZA, Circuit Judges.

PER CURIAM: *

Having reviewed Appellant's contentions, Appellee's response, and the record

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

on appeal, we find no reversible error. Accordingly, the judgment of the district court is AFFIRMED.